IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P, a minor, by and through R.K.P., His Guardian Ad Litem,<br><br>                Plaintiff,<br><br>   vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>                Defendant. | Case No.<br><br>[PLAINTIFF'S PROPOSED]<br>ORDER GRANTING PLAINTIFF'S PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

      The Court having considered the application of R.K.P. for appointment as Guardian Ad Litem of Plaintiff R.P., a minor, and good cause appearing therefore,

      IT IS SO ORDERED.

Date:   6/12/06

                     .

*IT IS SO ORDERED*
*Judge Samuel Conti*
U.S. DISTRICT JUDGE

ORDER