IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, by and through R.K.P., His Guardian Ad Litem,<br><br>                Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>                Defendant. | Case No.  C-06-3470-SC<br><br>~~[PLAINTIFF'S PROPOSED]~~<br>ORDER TO FILE PLAINTIFF'S DECLARATION OF COUNSEL UNDER SEAL |

The Court having considered the application of Plaintiff R.P., by and through his Guardian Ad Litem, R.K.P., to file his counsel's declaration in support of use of a pseudonym under seal, the memorandum of points and authorities and declaration of counsel filed therewith, and good cause appearing therefore,

THE COURT ORDERS that "Declaration of Counsel in Support of Plaintiff's Application for Order to Protect Plaintiff's Right to Privacy by Proceeding Under a Pseudonym", dated May 30, 2006 be filed under seal.

IT IS SO ORDERED.

Date:  6/13/06

U.S. DIS[TRICT JUDGE]

*IT IS SO ORDERED — Judge Samuel Conti*

Dockets.Justia.com