IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, by and through R.K.P., His Guardian Ad Litem,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT and OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>                    Defendants. | Case No. C 06-3470 SC (WDB)<br><br>[PROPOSED] ORDER RE FILING AMENDED COMPLAINT |

The parties having stipulated thereto, the FIRST AMENDED COMPLAINT FOR REVIEW OF ADMINISTRATIVE HEARING DECISION UNDER INDIVIDUALS WITH DISABILITIES EDUCATION ACT, previously lodged with the Court, shall be filed by the Clerk.

IT IS SO ORDERED.

Dated:    10/24/07

_____
SAMUEL CONTI
JUDGE OF THE U.S. DISTRICT COURT

*IT IS SO ORDERED — Judge Samuel Conti* (signature and seal)

First Amended Complaint - 1