Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498
email: roberta@robertasavagelaw.com

Attorney for
R.P.

Amy R. Levine (SBN 160743)
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
tel (415) 543-4111
fax (415)543-4384
email: alevine@mbdlaw.com

Attorney for
San Ramon Valley Unified School District

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, By and Through R.K.P., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT & OFFICE OF ADMINISTRATIVE HEARINGS<br><br>Defendants._____/ | CASE NO. C 06-3470 SC<br><br>STIPULATION TO CONTINUE APRIL 25, 2008 HEARING RE: DISMISSAL TO MAY 9, 2008 & [PROPOSED] ORDER |

Due to the unavailability of a representative of, and counsel for, Defendant District to appear at the hearing regarding the Stipulated Dismissal that is currently scheduled for April 25, 2008, Plaintiff R.P. and Defendant District stipulate to a continuance of the April 25, 2008 hearing to May 9, 2008 at 10:00 a.m. Defendant District and Plaintiff R.P., through his Guardian Ad Litem, R.K.P., and their counsel are available to appear on that date and time.

Respectfully Submitted,
ROBERTA S. SAVAGE
Attorney for Plaintiff

Date: April 22, 2008

/Roberta S. Savage/
Roberta S. Savage

MILLER BROWN & DANNIS
Attorneys for Defendant, DISTRICT

Date: April 22, 2008

Amy Levine

~~PROPOSED~~ ORDER

Good cause appearing, the hearing on the Stipulated Dismissal currently scheduled for April 25, 2008 is continued to May 9, 2008 at 10:00 a.m. Defendant District and Plaintiff R.P., through his Guardian Ad Litem, R.K.P., are required to appear with their counsel.

Date: __4/24/08__



SAMUEL _____
UNITED STATES DISTRICT COURT JUDGE