Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498
email: roberta@robertasavagelaw.com

Attorney for
R.P.

Amy R. Levine (SBN 160743)
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
tel (415) 543-4111
fax (415)543-4384
email: alevine@mbdlaw.com

Attorney for
San Ramon Valley Unified School District

Anthony R. Hakl (SBN 197335)
OFFICE OF THE ATTORNEY GENERAL
1300 "I" Street
Sacramento, CA 95814
tel (916) 322-9041
fax (916) 324-5567
email: Anthony.hakl@doj.ca.gov

Attorney for
Office of Administrative Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.P., a minor, By and Through R.K.P., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT & OFFICE OF ADMINISTRATIVE HEARINGS<br><br>Defendants.<br>_____/ | CASE NO. C 06-3470 SC<br><br>STIPULATED DISMISSAL & ~~PROPOSED~~ ORDER RE: DISMISSAL |

Defendant District and Plaintiff R.P. having entered into a Settlement Agreement, which is identified as Exhibit A and filed under seal, all parties stipulate to the dismissal of this entire matter with prejudice. Except as otherwise agreed upon, all parties shall bear their own fees and costs.

Respectfully Submitted,

ROBERTA S. SAVAGE

Attorney for Plaintiff

Date: _____

_____
Roberta S. Savage

MILLER BROWN & DANNIS

Attorneys for Defendant, DISTRICT

Date: _____

_____
Amy Levine

OFFICE OF THE ATTORNEY GENERAL

Attorneys for Defendant, OAH

Date: _____

_____
Anthony R. Hakl

|   |   |
|---|---|
| 1 | ~~PROPOSED~~ ORDER |

Good cause appearing, and Defendant District and Plaintiff R.P. having entered into a Settlement Agreement, this entire matter is dismissed with prejudice. Except as otherwise agreed upon, all parties shall bear their own fees and costs.

Date: May 7, 2008

*/s/ Samuel Conti*

SAMUEL CONTI

UNITED STATES DISTRICT COURT JUDGE

1. Defendant District and Plaintiff R.P. having entered into a Settlement Agreement, which is identified as Exhibit A and filed under seal, all parties stipulate to the dismissal of this entire matter with prejudice. Except as otherwise agreed upon, all parties shall bear their own fees and costs.

Respectfully Submitted,

ROBERTA S. SAVAGE

Attorney for Plaintiff

Date: _____

Roberta S. Savage

MILLER BROWN & DANNIS

Attorneys for Defendant, DISTRICT

Date: 4-7-08

Amy Levine

OFFICE OF THE ATTORNEY GENERAL

Attorneys for Defendant, OAH

Date: _____

Anthony R. Hakl

Defendant District and Plaintiff R.P. having entered into a Settlement Agreement, which is identified as Exhibit A and filed under seal, all parties stipulate to the dismissal of this entire matter with prejudice. Except as otherwise agreed upon, all parties shall bear their own fees and costs.

Respectfully Submitted,

ROBERTA S. SAVAGE

Attorney for Plaintiff

Date: _____

_____
Roberta S. Savage

MILLER BROWN & DANNIS

Attorneys for Defendant, DISTRICT

Date: _____

_____
Amy Levine

OFFICE OF THE ATTORNEY GENERAL

Attorneys for Defendant, OAH

Date: 4/7/08

_____
Anthony R. Hakl